184

344 A.2d 485
COMMONWEALTH of Pennsylvania

v.

David WOODWARD, Appellant.

Supreme Court of Pennsylvania.

Argued Nov. 27, 1974.

Decided Oct. 3, 1975.

George S. Pressman, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Deborah E. Glass, Asst. Dist. Atty., Philadelphia, Abraham J. Gafni, Deputy Dist. Atty., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.